IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

        Plaintiff,

v.

        Case No. 09-cv-372

PAT'S COUNTRY MARKET, LLC,

        Defendant.

---

## ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Pat's Country Market, LLC, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendant Pat's Country Market, LLC, is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 16th day of September, 2009.

*Peter Oppeneer*
PETER OPPENEER
Clerk of Court