IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION,

                                              ORDER

                Plaintiff,

                                              09-cv-372-bbc

    v.

PAT'S COUNTRY MARKET, LLC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's motion for entry of default judgment dated September 9, 2009 came on for hearing on October 6, 2009 before United States District Judge Barbara B. Crabb. Plaintiff appeared by Jeffrey W. Guettinger. Defendant did not appear.  The court having considered the evidence and the arguments of counsel and also having made its finding of fact and conclusions of law on the record,

      IT IS ORDERED that the Educational Credit Management Corporation is awarded damages against Pat's Country Market, LLC., in the amount of $3,090.60 plus legal fees of $1,428.00, for a total of $4,518.60.

The clerk of court is directed to enter judgment for plaintiff and close the case.

Entered this 14th day of October, 2009.

                                BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge