IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

    Plaintiff,

v.

PAT'S COUNTRY MARKET, LLC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-372-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Educational Credit Management Corporation against Pat's Country Market, LLC., in the amount of $3,090.60 plus legal fees of $1,428.00, for a total of $4,518.60.

    Approved as to form this 16th day of October, 2009.

_____
Barbara B. Crabb, District Judge

_____
Peter Oppeneer, Clerk of Court

10/19/09
Date